Alf Leif, Administrator of Estate of Carl Leif, Deceased, Appellee, v. Joseph B. Fleming and Aaron Colnon, Trustees, Appellants.

Gen. No. 9,930.

298

Heard in this court at the October term, 1943; opinion filed December 28, 1943; rehearing denied January 31, 1944. Stafford & Schoede and Edward C. Schoede, for appellants; Milton V. Thompson, of counsel; Huber & Reidy, Peter R. Ingelson and Edward J. Turnbaugh, for appellee; Isador I. Katz, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**